IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| KEMAR DAMION RICHARDSON, | **DISMISSAL ORDER &** |
| | **MEMORANDUM DECISION** |
| Plaintiff, | |
| | Case No. 2:11-CV-123 DB |
| v. | |
| | District Judge Dee Benson |
| JUDGE ROBIN REESE et al., | |
| | |
| Defendants. | |

---

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's February 2, 2011, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3] Indeed, the order was returned to sender as undeliverable. Plaintiff has not since updated his address with the Court.

---

[1] *See* 42 U.S.C.S. § 1983 (2011).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 25th day of April, 2011.

BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court